# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREA COLEMAN-HILL,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | No.: 09-cv-5525 |
| | : | |
| **GOVERNOR MIFFLIN SCHOOL DISTRICT,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 2nd day of December, 2010, upon consideration of Plaintiff Andrea Coleman-Hill's Motion for Sanctions (Doc. No. 26); and Defendant Governor Mifflin School District's response thereto (Doc. No. 29);

It is hereby **ORDERED** that Plaintiff's Motion is **DENIED**.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE