# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREA COLEMAN-HILL, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| v. | : | No.:  09-cv-5525 |
| | : | |
| GOVERNOR MIFFLIN SCHOOL DISTRICT, | : | |
|     Defendant. | : | |

## ORDER

**AND NOW**, this __7TH__ day of December, 2010, upon consideration of Defendant Governor Mifflin School District's Petition for Fees, Costs, and Expenses (Doc. No. 25); and Plaintiff Andrea Coleman-Hill's response thereto (Doc. No. 27);

It is hereby **ORDERED** that Defendant's Petition is **GRANTED IN PART** and **DENIED IN PART**. Attorney's fees are awarded in the amount of $4,539.00.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE