IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREA COLEMAN HILL, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 09-5525 |
| | : | |
| v. | : | |
| | : | |
| GOVERNOR MIFFLIN SCHOOL DISTRICT, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this 31st day of May, 2013, upon consideration of Defendant's Motion for Summary Judgment ("Motion") (Dkt. No. 43) and the subsequent responses thereto, it is hereby ORDERED said Motion is Granted. Judgment is entered in favor of Defendant and against Plaintiff. The Clerk will close this case for statistical purposes.

BY THE COURT:

*/s/ C. Darnell Jones, II*
_____
C. DARNELL JONES, II
UNITED STATES DISTRICT JUDGE